**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

EDWARD IRVIN,

    Plaintiff,

v.                                                     CASE NO:  8:15-CV-1582-T-30JSS

COMMISSION OF SOCIAL SECURITY,

    Defendant.

_____/

## **ORDER**

THIS CAUSE comes before the Court upon the Defendant's Unopposed Motion to Remand (Dkt. #14).  Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1.    The Defendant's Unopposed Motion to Remand (Dkt. #14) is GRANTED.

2.    The Clerk is directed to REMAND this case to the Commissioner of Social Security for further administrative action.

3.    The Clerk is directed to CLOSE this file and terminate any pending motions as moot.

**DONE** and **ORDERED** in Tampa, Florida on January 13, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies Furnished To:
Counsel/Parties of Record